# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of ) <br> United States Postal Service ("USPS") Priority ) <br> Mail parcel assigned tracking number 9405 ) <br> 5362 0624 9308 6969 39, which is addressed ) <br> to "JASON MCCUEN 2236 RANCH VIEW ) <br> DR ROCKLIN, CA 95765-5635" ) | Case No.   2:25-sw-0801 JDP |

**FILED**
**Sep 18, 2025**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the   Eastern   District of   California  , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | distribution, and possession with intent to distribute, a controlled substance |
| 21 U.S.C. § 843(b) | illegal use of the mails in furtherance of narcotic trafficking |
| 21 U.S.C. § 846 | attempt and conspiracy to commit the foregoing offenses |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice   30   days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Emily Lombardo
*Applicant's signature*

Emily Lombardo, U.S. Postal Task Force Officer
*Printed name and title*

Sworn to me and signed telephonically.

Date:   September 18, 2025

*Judge's signature*

City and state:   Sacramento, California       Jeremy D. Peterson, U.S. Magistrate Judge
*Printed name and title*

**Affidavit of United States Postal Inspection Service Task Force Officer Emily Lombardo in Support of Warrant to Search one USPS Priority Mail Parcels**

I, Emily Lombardo, being duly sworn, hereby depose and state:

**PURPOSE**

1. This affidavit is made in support of a search warrant for the United States Postal Service ("USPS") Priority Mail parcel assigned tracking number 9405 5362 0624 9308 6969 39, which is addressed to "JASON MCCUEN 2236 RANCH VIEW DR ROCKLIN, CA 95765-5635" (hereinafter referred to as "**THE PARCEL**").

2. **THE PARCEL** is in the temporary custody of the United States Postal Inspection Service ("USPIS") and is described more particularly in Attachment A, which is attached hereto and fully incorporated herein.

3. Based on the information provided in this affidavit, it is my opinion that there is probable cause to believe that **THE PARCEL** contains evidence, fruits, proceeds, or instrumentalities of violations of 21 U.S.C. § 841(a)(1) (distribution, and possession with intent to distribute, a controlled substance), 21 U.S.C. § 843(b) (illegal use of the mails in furtherance of narcotic trafficking), and 21 U.S.C. § 846 (attempt and conspiracy to commit the foregoing offenses). The evidence, fruits, and instrumentalities to be searched for and seized are more fully described in Attachment B, which is attached hereto and incorporated fully herein.

**AGENT BACKGROUND**

4. I, Emily Lombardo, have been a full time sworn peace officer with the Citrus Heights Police Department since 2006. Currently, I am a Task Force Officer with the USPIS assigned to the Sacramento Domicile, San Francisco Division. I have been a Task Force Officer since September 2021. My current assignment is to investigate the unlawful

1

transportation of contraband, including controlled substances and proceeds of the sale of controlled substances through the United States Mail. Through my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug investigators, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug-related proceeds; and to communicate with other participants to accomplish such objectives. I have received specialized training in narcotics investigation matters including, but not limited to, drug interdiction, drug detection, and money laundering techniques and schemes.

5. I have been a police officer in the State of California for the past 23 years. In 2001, I completed 24 weeks of training at the California Commission on Peace Officers Standards and Training ("POST") Basic Peace Officer Academy at the South Bay Regional Public Safety Training Consortium, San Jose, California. During my career, I have received training to include, but not limited to, investigation of theft, drug trafficking, burglaries, robberies, money laundering, and identity theft crimes. Through my training, experience, and interaction with other experienced Postal Inspectors, Task Force Officers, and other drug trafficking investigators, I have become familiar with the methods employed by drug traffickers to, among other things, use the mail to conduct their illegal operations.

6. I have participated in at least 280 investigations targeting individuals and organizations trafficking heroin, cocaine, marijuana, methamphetamine, fentanyl, other controlled substances and firearms. During these investigations, I have become familiar with the way drug and firearm traffickers use the mail to conduct their illegal operations.

7. Task Force Officers are designated by the Chief Postal Inspector as other agents of the USPS with the authority to investigate criminal matters related to the Postal Service and the mails, pursuant to 18 U.S.C. § 3061, and may exercise the same powers as a Postal Inspector, as set forth in 39 C.F.R. § 233.1 and USPS Administrative Support Manual §2.

8. The facts in this affidavit come from information obtained from other law enforcement officers, my own personal observations, and my training and experience. This affidavit is

2

intended to show that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

**STATEMENT OF PROBABLE CAUSE**

**Parcel Identification**

9. On September 16, 2025 the United States Postal Inspection Service conducted electronic profiling of USPS business records for Priority Mail and Priority Mail Express parcels and THE PARCEL was identified, which was mailed out of Cupertino, California on September 15, 2025.

10. During the records check and physical examination of **THE PARCEL**, law enforcement noticed several anomalies that, based on their training and experience, are characteristic of parcels containing narcotics and/or proceeds of narcotics trafficking. Those anomalies are described in more detail, below.

11. Law enforcement detained **THE PARCEL** and secured it at the Sacramento Domicile, which is located within the Eastern District of California.

**Shipment Anomalies**

1. During an examination of **THE PARCEL**, law enforcement noticed anomalies that, based on their training and experience, were characteristic of parcels that contain controlled substances and/or proceeds of narcotics trafficking.

12. For example, based on my training and experience, I am aware that the state of California is a source of supply for illegal narcotics shipments. Furthermore, I am also aware that persons who traffic narcotics via the dark web, social media sites and encrypted messaging applications, ship large volumes of packages to drug-buying customers throughout the United States, to also include the State of California. As is the case with

3

**THE PARCEL**, it was mailed from Cupertino, California and is destined for an address in Rocklin, California.

13. A check of USPS records determined the postage on **THE PARCEL** was purchased via a third-party online reseller of postage who accepts cryptocurrency as payment. I know based on my training and experience that persons who traffic narcotics via the dark web, social media sites and encrypted messaging applications, accept cryptocurrency as a form of payment for their sold narcotics. I am also aware those same traffickers will often ship large volumes of narcotics through the US Mail and often utilize cryptocurrency to purchase postage as a way to avoid detection from law enforcement, as is the case with **THE PARCEL**.

14. **THE PARCEL** was sent by Priority Mail. Priority Mail parcels are assigned a tracking number that allows the sender, recipient, or anyone else with the tracking number to identify the parcel's location in the mail stream at any point from mailing to delivery. In my training and experience, parcels containing illegal contraband are often sent by Priority Mail to expedite delivery and to monitor the parcel during shipment via the tracking system.

15. A search for the return address for **THE PARCEL** —which was listed as "ALICIA FERGUSON 10309 MCKLINTOCK LN CUPERTIINO, CA 95014"—was conducted using Thomson Reuters CLEAR, an online public and proprietary records database used by law enforcement and government agencies to verify names and addresses. The search confirmed that this is a valid residential address in Cupertino California. However, the name "Alicia Ferguson" does not associate to the address in CLEAR. Based on my training and experience and the training and experience of other law enforcement officers with whom I have consulted, I know persons who ship narcotics through the U.S. Mail often provide fictitious or incomplete sender names/addresses in an attempt to conceal their true identity and avoid detection by law enforcement.

16. A search for the recipient address for **THE PARCEL**—which was listed as "JASON MCCUEN 2236 RANCH VIEW DR ROCKLIN, CA 95765-5635"—was also conducted using CLEAR. The search confirmed that this is a valid residential address and a person by the name of "Jason McCuen" associates to the address in CLEAR. I am aware, based on my knowledge of narcotic trafficking investigations involving the dark web, social media sites and encrypted messaging applications, that buyers of narcotics during these online transactions are instructed to use their true names as the recipient name listed on the drug packages. They are advised if they use a fictitious recipient name on their package, in the case of law enforcement interdiction or interception, the intended recipient would be at a loss for the narcotics and would not be able to receive a re-shipment at no cost. However, if the recipient utilizes their true name on the parcel and it was intercepted by law enforcement, the online sellers will typically provide the customer with a re-shipment of narcotics at no cost.

17. A search of USPS business records revealed that since January 2025, sixteen prior parcels with similar parcel characteristics as **THE PARCEL**-USPS priority mail shipments, likely paid with cryptocurrency, and fictitious sender names with return addresses in California- were all delivered to "Jason McCuen" at the same recipient address as listed on **THE PARCEL**.

**Narcotic Detection Canine Sniff**

18. On September 17, 2025, I used my narcotic-detection trained canine named "Viva" to sniff **THE PARCEL**. At the time, **THE PARCEL** was located at the Sacramento Domicile of the USPIS, 2000 Royal Oaks Drive, Sacramento, CA 95813. I located a particular area within the facility that would accommodate a canine sniff search and proofed the area to ensure Viva would only alert to the odors for which she is trained. Viva proofed the area off-lead, meaning she searched the room prior to **THE PARCEL** being placed by USPIS in order to confirm there was no narcotics odor present.

19. Following the proofing of the room, A Postal Inspector placed **THE PARCEL** among other office equipment and parcels. While **THE PARCEL** was placed, Viva and I waited

5

outside of the room, so neither of us knew its's location.  I returned to the room with Viva and she searched the area off-lead, without being lead or directed, and positively alerted on **THE PARCEL** at approximately 12:55 p.m.

20. On November 1, 2022, I was assigned canine Viva.  Viva is an English Springer Spaniel imported from Wales, UK, by a specialty trainer, Cameron Ford K9, LLC, based in Henderson, Nevada. Viva was born on December 28, 2021.  Viva is a single purpose working canine, trained in narcotics detection under the instruction of Greg Tawney, owner/operator of D-Tac K9 Detection and Tactics, Placerville, California.  Greg Tawney is a retired police sergeant with the Elk Grove Police Department and has over 15 years of experience with police canines and is a POST Canine Certifier. Viva and I have no less than 120 hours of specialized training from D-Tac K9 Detection and Tactics in the detection of marijuana, cocaine, heroin, and methamphetamine.  Together we have completed POST required training and were POST certified by Sergeant Greg Moore of the Elk Grove Police Department, on November 29, 2022, as being proficient in the detection of narcotic substances in high, low, and buried locations. Viva recertified on November 15, 2024, in the detection of marijuana, cocaine, heroin, methamphetamine, and fentanyl. Viva and I are constantly conducting additional maintenance training.

21. Viva's alert consists of physical and mental reactions, which include heightened emotional state, pawing, or a deliberate lying at the area or object she smells the drug odor coming from.  Viva has successfully completed training exercises where known controlled substances, containers, or paraphernalia were hidden, to include parcels, the interior and exterior of motor vehicles, and storage lockers.  Viva also conducts regular proofing exercises to ensure that she does not alert to regular, non-narcotics-associated odors including, but limited to, food, plastic bags and wrap, tape, and other items.  Proofing is a method used in training to ensure the canine only alerts to the odors for which it is trained to alert.

22. Since December 1, 2022, Viva has alerted to approximately 301 US Mail parcels, which resulted in the seizure of over $1,653,722 in US Currency/suspected drug proceeds, over

39 pounds of fentanyl, 140 pounds of marijuana, 51.9 pounds of methamphetamine, 6.5 pounds of cocaine, 2.5 pounds of MDMA, and 91 grams of heroin.

**Methods and Means of Using the United States Mail**

23. Based on my experience, training, and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the U. S. Mail to ship controlled substances from one location to another.  Indicators for parcels that contain controlled substances and/or proceeds from controlled substances include, but are not limited to, the following:

    a. It is common practice for shippers of controlled substances to use Priority Mail Express and Priority Mail because the drugs arrive at the destination more quickly and on a predictable date.  Priority Mail Express and Priority Mail, when paired with a special service such as delivery confirmation, allow traffickers to monitor the progress of the shipment of controlled substances.  Traffickers pay for the benefit of being able to confirm the delivery of the parcel by checking the Postal Service Internet website and/or calling the local post office.

    b. Packages containing controlled substances or proceeds have, in many instances, a fictitious return address, incomplete return address, no return address, a return address that is the same as the addressee address, or a return address that does not match the place from which the parcel was mailed.  These packages are also sometimes addressed to or from a commercial mail receiving agency (*e.g.*, Mailboxes Etc.).  A shipper may also mail the parcel containing controlled substances from an area different from the return address on the parcel because: (1) the return address is fictitious or (2) the shipper is attempting to conceal the actual location from which the parcel was mailed.  These practices are used by narcotics traffickers to hide from law enforcement officials the identity of the persons shipping and/or receiving the controlled substances or proceeds.

    c. Individuals involved in the trafficking of controlled substances through the United States Mail will send and receive Express or Priority mailings on a more frequent

basis than a normal postal customer. Drug traffickers use Priority Mail Express and Priority Mail at a higher rate due to their frequent exchanges of controlled substances and the proceeds from the sale of these controlled substances.

    d. To conceal the distinctive smell of controlled substances from narcotics detection dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic and are sometimes sealed with the use of tape around all seams. In addition, the parcels often contain other smaller parcels which are carefully sealed to prevent the escape of odors. Perfumes, coffee, dryer sheets, tobacco, or other substances with strong odors are also sometimes used to mask the odor of the controlled substances being shipped. Drug traffickers often use heat/vacuum sealed plastic bags, and/or re-sealed cans in an attempt to prevent the escape of orders.

    e. California is typically a source state for drugs, especially methamphetamine and marijuana. It is common for individuals in California to mail parcels containing narcotics to other states and then receive mail parcels containing cash payments in return.

24. Based on my training and experience, I know that parcels shipped by drug traffickers sometimes contain information and documentation related to the sales and distribution of controlled substances. The documentation can include, but is not limited to, information and instructions on the breakdown and distribution of the controlled substances at the destination; information on the use and effects of the various controlled substances; information about the actual sender; pay/owe sheets; and information and instructions for ordering controlled substances in the future.

25. Based on my training, experience, and conversations with other law enforcement officers, I know that parcels shipped by drug traffickers can contain firearms and/or firearms parts and/or ammunition. These items can be used as "payment" for narcotics, in lieu of or in addition to cash or other forms of monetary payment. In addition, drug traffickers are known to law enforcement to carry firearms in the course of their criminal activity. Drug trafficking rings can use the U.S. Mail to exchange firearms or provide them to members in an effort to protect their product and/or promote the success of their criminal

enterprise. The unlicensed interstate shipment of firearms and/or ammunition is a violation of 18 U.S.C. § 922 (a)(1), (3), and (4).

26. Drug traffickers who use the United States Mail and other carriers as a means of distributing controlled substances, paraphernalia, and proceeds, and as a means of communicating with co-conspirators often include the following in parcels relating to their trafficking activity, all of which are evidence, fruits, proceeds, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846:

    a. Controlled substances, including heroin, cocaine, methamphetamine, and marijuana.

    b. Firearms, firearms parts, and/or ammunition.

    c. Packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

    d. Records reflecting the mailing or receipt of packages through Priority Mail Express, Priority Mail, Federal Express, UPS, or any other common carrier.

    e. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including financial records related to the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

    f. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

    g. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone

9

      numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

h. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

[NOTHING FOLLOWS ON THIS PAGE]

**CONCLUSION**

27. Based on the facts set forth in this affidavit, I believe there is probable cause that evidence, fruits, proceeds, or instrumentalities of violations of 18 U.S.C. 922(a)(5) (transferring a firearm to an out of state resident)are concealed in **THE PARCELS**. Accordingly, I respectfully request the issuance of a search warrant authorizing the search of **THE PARCELS** described in Attachment A and the seizure of the items described in Attachment B.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Emily Lombardo
Emily Lombardo
Task Force Officer - United States Postal Inspection Service

Sworn to me over the telephone and SIGNED to me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on September 18, 2025

The Honorable Jeremy D. Peterson
United States Magistrate Judge

Approved as to form:

/s/ *Nicole M. Vanek*

NICOLE M. VANEK
Assistant U.S. Attorney

**ATTACHMENT A**

*Description of the Parcel to be Searched*

**THE PARCEL**: A Priority Mail parcel measuring approximately 10" X 6"" and weighing approximately 52 grams, affixed with tracking number 9405 5362 0624 9308 6969 39.  **THE PARCEL** is addressed to "JASON MCCUEN 2236 RANCH VIEW DR ROCKLIN, CA 95765-5365" with a return address of "ALICIA FERGUSON 10309 MCKLINTOCK LN CUPERTINO, CA 95014".  **THE PARCEL** bears a metered postage label bearding ZIP code 95014, dated 2025-09-15, Customer #C5871662 with strip number 0901000020194 , located on the right portion of **THE PARCEL**.

**THE PARCEL** is currently in the possession of law enforcement in the Eastern District of California.

**ATTACHMENT B**

*List of Items to be Seized*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including any and all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

8. Firearms, firearms parts, and/or ammunition.

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| In the Matter of the Search of ) <br> United States Postal Service ("USPS") Priority Mail ) <br> parcel assigned tracking number 9405 5362 0624 ) <br> 9308 6969 39, which is addressed to "JASON ) <br> MCCUEN 2236 RANCH VIEW DR ROCKLIN, CA ) <br> 95765-5635" ) | Case No. | 2:25-sw-0801 JDP |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before     October 2, 2025     *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    September 18, 2025 at 4:05 p.m.          _____
                                                                                   *Judge's signature*

City and state:      Sacramento, California              Jeremy D. Peterson, U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____  _____
Signature of Judge                                                                      Date

**ATTACHMENT A**

*Description of the Parcel to be Searched*

**THE PARCEL**: A Priority Mail parcel measuring approximately 10" X 6"" and weighing approximately 52 grams, affixed with tracking number 9405 5362 0624 9308 6969 39.  **THE PARCEL** is addressed to "JASON MCCUEN 2236 RANCH VIEW DR ROCKLIN, CA 95765-5365" with a return address of "ALICIA FERGUSON 10309 MCKLINTOCK LN CUPERTINO, CA 95014".  **THE PARCEL** bears a metered postage label bearding ZIP code 95014, dated 2025-09-15, Customer #C5871662 with strip number 0901000020194 , located on the right portion of **THE PARCEL**.

**THE PARCEL** is currently in the possession of law enforcement in the Eastern District of California.

**ATTACHMENT B**

*List of Items to be Seized*

The following items constitute evidence, fruits, proceeds, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

1. Controlled substances of any kind, including but not limited to heroin, cocaine, methamphetamine, and/or marijuana.

2. Packing, packaging, baggies, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, or other substances with a strong odor.

3. Any and all records reflecting the sending or receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, or any other common carrier.

4. United States and foreign currency, securities, precious metals, jewelry, stocks, bonds, in amounts exceeding $500, including any and all financial records to facilitate the investigation of the laundering of illicitly obtained monies and/or other forms of assets, including United States currency acquired through the sales, trafficking, or distribution of controlled substances.

5. Records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substances, including but not limited to books, receipts, notes, ledgers, pay and owe sheets, correspondence, records noting price, quantity, date and/or times when controlled substances were purchased, possessed, transferred, distributed, sold, or concealed.

6. Records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, telegrams, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities of associates and conspirators in controlled substance trafficking activities.

7. Indicia or other forms of evidence showing dominion and control, or ownership of mail parcels, locations, vehicles, storage areas, safes, lock boxes, and/or containers related to the storage of controlled substances or proceeds.

8. Firearms, firearms parts, and/or ammunition.